

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00296-CR

ALISHA MARIE LODRIGUE                                                APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

----------

## FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Alisha Marie Lodrigue attempts to appeal following her plea of true to the State's motion to proceed to adjudicate her guilt. The trial court accepted Appellant's plea and sentenced her accordingly. The trial court's certification of Appellant's right to appeal states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On July 6, 2012, we notified Appellant that this appeal could be dismissed unless

---

[1]*See* Tex. R. App. P. 47.4.

she or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal. The court has not received any response.

The Texas Rules of Appellate Procedure are clear that in a plea-bargain case, an appellant may appeal only those matters that were raised by written motion filed and ruled on before trial or after getting the trial court's permission to appeal. *See* Tex. R. App. P. 25.2(a)(2). Because the trial court's certification reflects that Appellant has no right of appeal, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d), 43.2(f).

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 30, 2012